IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 13-24599 CMB |
| Dean L. Janas ) | Chapter 13 |
| Susan G. Janas, ) | Docket No. |
|     *Debtors* ) | |
| ) | |
| Dean L. Janas ) | |
| Susan G. Janas, ) | |
|     *Movants* ) | |
| ) | |
| *No Respondent(s)* ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On November 6, 2018 at docket numbers 122 and 123, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.


| | |
|---|---|
| November 11, 2018 | /s/ Dean L. Janas |
| Date | Debtor |
| | |
| November 11, 2018 | /s/ Susan G. Janas |
| Date | Debtor |

Respectfully submitted,

November 14, 2018                                   /s/ Kenneth Steidl
DATE                                                       Kenneth Steidl, Esquire
                                                                 Attorney for the Debtor

                                                                 STEIDL & STEINBERG
                                                                 707 Grant Street
                                                                 Suite 2830, Gulf Tower
                                                                 Pittsburgh, PA 15219
                                                                 (412) 391-8000
                                                                 Ken.steidl@steidl-steinberg.com
                                                                 PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**