Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Dean L. Janas
Susan G. Janas**
Debtor(s)

Bankruptcy Case No.: 13−24599−CMB

Chapter: 13
Docket No.: 140 − 139

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 26th of March, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/10/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/5/19 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/10/19.**

                                          <u>Carlota M. Bohm</u>
                                          United States Bankruptcy Judge

cm: **All Parties**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                            Case No. 13-24599-CMB
Dean L. Janas                                                     Chapter 13
Susan G. Janas
          Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: gamr              Page 1 of 2              Date Rcvd: Mar 26, 2019
                              Form ID: 408            Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
db/jdb         +Dean L. Janas,    Susan G. Janas,    2026 Cutter Drive,    Mc Kees Rocks, PA 15136-1528
cr             +Dollar Bank, FSB,    The Mortgage Service Center,    PO Box 8469,    Canton, OH 44711-8469
cr              Duquesne Light Company,     c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13742003       +Chase Bank,    c/o ARS National Services,    PO Box 463023,    Escondido, CA 92046-3023
13742007       +Discover Bank,    c/o Leading Edge Recovery Solutions,    PO Box 2330,
                 Schiller Park, IL 60176-0330
13742008       +Disney Vacation,    Attn: Member Accounting,    PO Box 470727,    Kissimmee, FL 34747-0727
13783712       +Disney Vacation Club Management Corp.,    1390 Celebration Blvd.,    Celebration, FL 34747-5166
13783711       +Disney Vacation Development, Inc.,    1390 Celebration Blvd.,    Celebration, FL 34747-5166
13742009       +Dollar Bank,    PO Box 106077,    Pittsburgh, PA 15230-6077
13784755        Dollar Bank, FSB,    c/o David W. Raphael, Esquire,    Grenen & Birsic, PC,
                 One Gateway Center, 9th Floor,    Pittsburgh, PA 15222
13784754       +Dollar Bank, FSB,    300 West Tuscarawas Street,    Canton, OH 44702-1911
13742015       +Montour School District,    c/o Jordan Tax Service,    102 Rahway Drive,
                 Canonsburg, PA 15317-3349
13742016       +Northshore Endoscopy Center,    1307 Fedral Street,    Suite 101,    Pittsburgh, PA 15212-4769
13742018        PA Department of Revenue,    Bureau of Compliance,    P. O. Box 280948,
                 Harrisburg, PA 17128-0948
13742020       +Surgery Center of Edgeworth Commons,    725 Cherrington Parkway,    Suite 200,
                 Moon Township, PA 15108-4318
13776789       +Township of Kennedy,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13742021       +Township of Kennedy,    c/o Jordan Tax Service,    102 Rahway Road,    Canonsburg, PA 15317-3349
13776788       +Township of Kennedy/Montour SD,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13754493       +Wells Fargo Financial Pennsylvania, Inc.,    435 Ford Road - Suite 300,
                 St. Louis Park, MN 55426-4938

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13774583       +E-mail/Text: bncmail@w-legal.com Mar 27 2019 03:06:47     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13742001       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2019 03:08:34      Capital One,
                 PO Box 71083,    Charlotte, NC 28272-1083
13780998        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2019 03:08:34
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13742004       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 27 2019 03:06:03      Comenity Bank,
                 PO Box 182124,    Columbus, OH 43218-2124
13742005       +E-mail/Text: vmcpherson@creditmanagementcompany.com Mar 27 2019 03:06:59
                 Credit Management Company,    PO Box 16346,    Pittsburgh, PA 15242-0346
13748243        E-mail/Text: mrdiscen@discover.com Mar 27 2019 03:05:37      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13742010       +E-mail/Text: bankruptcygpl@greatplainslending.com Mar 27 2019 03:07:02      Great Plains Lending,
                 1050 E. 2nd Street,    Box 500,    Edmond, OK 73034-5313
13742012       +E-mail/Text: bankruptcy.bnc@ditech.com Mar 27 2019 03:05:54      Green Tree,    PO Box 6172,
                 Rapid City, SD 57709-6172
13759454       +E-mail/Text: bankruptcy.bnc@ditech.com Mar 27 2019 03:05:54      Green Tree Servicing, LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone number 60055-0049
13742013        E-mail/Text: cio.bncmail@irs.gov Mar 27 2019 03:05:51      Internal Revenue Service,
                 P O Box 7346,    Philadelphia, PA 19101-7346
13806722        E-mail/Text: bkr@cardworks.com Mar 27 2019 03:05:28      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13742014       +E-mail/Text: bkr@cardworks.com Mar 27 2019 03:05:28      Merrick Bank,    PO Box 30537,
                 Tampa, FL 33630-3537
13742017       +E-mail/PDF: cbp@onemainfinancial.com Mar 27 2019 03:09:07      One Main Financial,
                 PO Box 183172,    Columbus, OH 43218-3172
13773335        E-mail/PDF: cbp@onemainfinancial.com Mar 27 2019 03:09:07
                 OneMain Financial, Inc. asf CitiFinancial, Inc.,    P.O. Box 6042,    Sioux Falls, SD 57117-6042
13742019       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 27 2019 03:06:23      PA Department of Revenue,
                 Bureau of Compliance,    Wage Garnishment Section,    PO Box 280946,    Harrisburg, PA 17128-0946
13807620        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 03:09:25
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13744306        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 27 2019 03:06:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA  17128-0946
13760082        E-mail/Text: bnc-quantum@quantum3group.com Mar 27 2019 03:06:10
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 18
```

```
District/off: 0315-2              User: gamr                  Page 2 of 2                  Date Rcvd: Mar 26, 2019
                                  Form ID: 408                Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Montour School District
cr               Township of Kennedy
cr               Wells Fargo Bank, National Association, not in its
13742002*       +Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
13742006*       +Credit Management Company,    PO Box 16346,    Pittsburgh, PA 15242-0346
13742011*       +Great Plains Lending,    1050 E. 2nd Street,    Box 500,    Edmond, OK 73034-5313
                                                                                       TOTALS: 3, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2019 at the address(es) listed below:
              David W. Raphael     on behalf of Creditor    Dollar Bank, FSB draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              James   Warmbrodt    on behalf of Creditor    Wells Fargo Bank, National Association, not in its
               individual or banking capacity, but solely as Trustee on behalf of the Irwin Home Equity Loan
               Trust 2006-3 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt     on behalf of Creditor    Township of Kennedy jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt     on behalf of Creditor    Montour School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Kenneth   Steidl    on behalf of Joint Debtor Susan G. Janas julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth   Steidl    on behalf of Debtor Dean L. Janas julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 10
```