**Fill in this information to identify the case:**

Debtor 1 — Dean L. Janas

Debtor 2 (Spouse, if filing) — Susan G. Janas

United States Bankruptcy Court for the: WESTERN District of Pennsylvania (State)

Case number 13-24599-CMB

# Form 4100R
# Response to Notice of Final Cure   10/15

_____

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** Ditech Financial LLC          **Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 3341

**Property address:**   2026 CUTTER DR ,
                        Number      Street

   MC KEES ROCKS , PA 15136
   City              State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X]  Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $_____

### Part 3: Postpetition Mortgage

*Check one:*

[ ]  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   ____/____/_____
                                                                MM/DD/YYYY

[X]  Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:              (a) $2,104.60

b. Total suspense:                                    −  (b) $387.62

c. Total. Subtract lines a and b.                        (c) $1716.98

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   12 / 7 /2018
                                                                        MM/ DD/ YYYY

---

Form 4100R        **Response to Notice of Final Cure Payment**        page 1

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

Check the appropriate box:

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X   **/s/ Lauren B. Karl**                                    Date 03/29/2019
    Signature

Print   Lauren B. Karl                                         Title Authorized Agent
        First Name    Middle Name    Last Name

Company   RAS Citron, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   PO Box 305
          Number          Street

          Ingomar, PA 15127
          City            State           ZIP Code

Contact   973-575-0707x340                                     Email lkarl@rascrane.com

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on March 29, 2019, the foregoing Response to Notice of Final Cure Payment was electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Kenneth Steidl, Esquire
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Dean L. Janas
2026 Cutter Drive
Mc Kees Rocks, PA 15136

Susan G. Janas
2026 Cutter Drive
Mc Kees Rocks, PA 15136

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

        RAS CITRON, LLC

       By: /s/Lauren B. Karl
        Lauren B. Karl, Esquire
        PA Id. 88209
        P.O. Box 305
        Ingomar, PA 15127
        973-575-0707x340
        Email: lkarl@rascrane.com

Ditech Financial LLC
Centralized Bankruptcy Department
**POST PETITION WORKSHEET**

| Payment Changes | Eff Date | P & I | Escrow | Total | Was PCN/POC filed? | Was the Change Higher? |
|---|---|---|---|---|---|---|
| POC | 11/7/2013 | $ 526.15 | | $ 526.15 | Yes | N/A |
| Change #1 | | | | $ - | Yes | |
| Change #2 | | | | $ - | Yes | |
| Change #3 | | | | $ - | Yes | |
| Change #4 | | | | $ - | Yes | |
| Change #5 | | | | $ - | Yes | |
| Change #6 | | | | $ - | Yes | |
| Change #7 | | | | $ - | Yes | |
| Change #8 | | | | $ - | Yes | |
| Change #9 | | | | $ - | Yes | |
| Change #10 | | | | $ - | Yes | |
| Change #11 | | | | $ - | Yes | |
| Change #12 | | | | $ - | Yes | |
| Change #13 | | | | $ - | Yes | |
| Change #14 | | | | $ - | Yes | |
| Change #15 | | | | $ - | Yes | |

| | | |
|---|---|---|
| Account # | | |
| Case # | 13-24599 | |
| Filing Date | 10/31/2013 | |
| Post Due Date | 11/7/2013 | |
| Post Admin Claim? | No | |
| Post Admin Start | | |

387.62 sitting in trustee suspense. No fees to pay per POC

| | Amounts Due | | | Date Post Pmts. Received | Amt Received | Difference | Date Pre Pmts. Received | Arrears Pmts | Payments Due | Pymt Amts Due |
|---|---|---|---|---|---|---|---|---|---|---|
| | P & I | Escrow | Total | | | | | | | |
| Nov-13 | 526.15 | 0.00 | 526.15 | 3/31/2014 | 1922.08 | -1395.93 | 2/23/2018 | 325.28 | | |
| Dec-13 | 526.15 | 0.00 | 526.15 | 4/30/2014 | 1091.45 | -565.30 | 3/28/2018 | 339.40 | | |
| Jan-14 | 526.15 | 0.00 | 526.15 | 6/3/2014 | 447.58 | 78.57 | 1/25/2019 | 387.62 | | |
| Feb-14 | 526.15 | 0.00 | 526.15 | 7/2/2014 | 594.36 | -68.21 | | 0.00 | | |
| Mar-14 | 526.15 | 0.00 | 526.15 | 7/30/2014 | 563.46 | -37.31 | | 0.00 | | |
| Apr-14 | 526.15 | 0.00 | 526.15 | 9/2/2014 | 570.94 | -44.79 | | 0.00 | | |
| May-14 | 526.15 | 0.00 | 526.15 | 10/7/2014 | 616.56 | -90.41 | | 0.00 | | |
| Jun-14 | 526.15 | 0.00 | 526.15 | 11/7/2014 | 591.44 | -65.29 | | 0.00 | | |
| Jul-14 | 526.15 | 0.00 | 526.15 | 12/3/2014 | 571.71 | -45.56 | | 0.00 | | |
| Aug-14 | 526.15 | 0.00 | 526.15 | 12/31/2014 | 453.48 | 72.67 | | 0.00 | | |
| Sep-14 | 526.15 | 0.00 | 526.15 | 1/31/2015 | 250.04 | 276.11 | | 0.00 | | |
| Oct-14 | 526.15 | 0.00 | 526.15 | 3/2/2015 | 265.53 | 260.62 | | 0.00 | | |
| Nov-14 | 526.15 | 0.00 | 526.15 | 4/1/2015 | 261.34 | 264.81 | | 0.00 | | |
| Dec-14 | 526.15 | 0.00 | 526.15 | 5/1/2015 | 969.93 | -443.78 | | 0.00 | | |
| Jan-15 | 526.15 | 0.00 | 526.15 | 5/30/2015 | 284.63 | 241.52 | | 0.00 | | |
| Feb-15 | 526.15 | 0.00 | 526.15 | 7/1/2015 | 638.62 | -112.47 | | 0.00 | | |
| Mar-15 | 526.15 | 0.00 | 526.15 | 8/3/2015 | 436.20 | 89.95 | | 0.00 | | |
| Apr-15 | 526.15 | 0.00 | 526.15 | 9/2/2015 | 444.95 | 81.20 | | 0.00 | | |
| May-15 | 526.15 | 0.00 | 526.15 | 10/5/2015 | 637.48 | -111.33 | | 0.00 | | |
| Jun-15 | 526.15 | 0.00 | 526.15 | 10/30/2015 | 291.88 | 234.27 | | 0.00 | | |
| Jul-15 | 526.15 | 0.00 | 526.15 | 12/1/2015 | 290.64 | 235.51 | | 0.00 | | |
| Aug-15 | 526.15 | 0.00 | 526.15 | 12/30/2015 | 857.30 | -331.15 | | 0.00 | | |
| Sep-15 | 526.15 | 0.00 | 526.15 | 1/30/2016 | 806.21 | -280.06 | | 0.00 | | |
| Oct-15 | 526.15 | 0.00 | 526.15 | 3/1/2016 | 322.58 | 203.57 | | 0.00 | | |
| Nov-15 | 526.15 | 0.00 | 526.15 | 4/2/2016 | 879.86 | -353.71 | | 0.00 | | |
| Dec-15 | 526.15 | 0.00 | 526.15 | 4/27/2016 | 355.01 | 171.14 | | 0.00 | | |
| Jan-16 | 526.15 | 0.00 | 526.15 | 6/1/2016 | 997.03 | -470.88 | | 0.00 | | |
| Feb-16 | 526.15 | 0.00 | 526.15 | 7/1/2016 | 686.29 | -160.14 | | 0.00 | | |
| Mar-16 | 526.15 | 0.00 | 526.15 | 8/1/2016 | 395.42 | 130.73 | | 0.00 | | |
| Apr-16 | 526.15 | 0.00 | 526.15 | 9/1/2016 | 618.34 | -92.19 | | 0.00 | | |
| May-16 | 526.15 | 0.00 | 526.15 | 10/3/2016 | 421.57 | 104.58 | | 0.00 | | |
| Jun-16 | 526.15 | 0.00 | 526.15 | 11/1/2016 | 420.42 | 105.73 | | 0.00 | | |
| Jul-16 | 526.15 | 0.00 | 526.15 | 11/29/2016 | 406.12 | 120.03 | | 0.00 | | |
| Aug-16 | 526.15 | 0.00 | 526.15 | 12/29/2016 | 411.97 | 114.18 | | 0.00 | | |
| Sep-16 | 526.15 | 0.00 | 526.15 | 2/1/2017 | 622.57 | -96.42 | | 0.00 | | |
| Oct-16 | 526.15 | 0.00 | 526.15 | 3/1/2017 | 418.98 | 107.17 | | 0.00 | | |
| Nov-16 | 526.15 | 0.00 | 526.15 | 4/3/2017 | 415.45 | 110.70 | | 0.00 | | |
| Dec-16 | 526.15 | 0.00 | 526.15 | 4/26/2017 | 788.86 | -262.71 | | 0.00 | | |
| Jan-17 | 526.15 | 0.00 | 526.15 | 6/1/2017 | 415.70 | 110.45 | | 0.00 | | |
| Feb-17 | 526.15 | 0.00 | 526.15 | 7/3/2017 | 414.64 | 111.51 | | 0.00 | | |
| Mar-17 | 526.15 | 0.00 | 526.15 | 8/1/2017 | 414.64 | 111.51 | | 0.00 | | |
| Apr-17 | 526.15 | 0.00 | 526.15 | 8/30/2017 | 950.05 | -423.90 | | 0.00 | | |
| May-17 | 526.15 | 0.00 | 526.15 | 9/30/2017 | 420.58 | 105.57 | | 0.00 | | |
| Jun-17 | 526.15 | 0.00 | 526.15 | 10/30/2017 | 813.88 | -287.73 | | 0.00 | | |
| Jul-17 | 526.15 | 0.00 | 526.15 | 11/27/2017 | 414.98 | 111.17 | | 0.00 | | |
| Aug-17 | 526.15 | 0.00 | 526.15 | 12/27/2017 | 415.57 | 110.58 | | 0.00 | | |
| Sep-17 | 526.15 | 0.00 | 526.15 | 1/31/2018 | 622.59 | -96.44 | | 0.00 | | |
| Oct-17 | 526.15 | 0.00 | 526.15 | 2/28/2018 | 985.04 | -458.89 | | 0.00 | | |
| Nov-17 | 526.15 | 0.00 | 526.15 | 4/2/2018 | 526.15 | 0.00 | | 0.00 | | |
| Dec-17 | 526.15 | 0.00 | 526.15 | 4/30/2018 | 502.07 | 24.08 | | 0.00 | | |
| Jan-18 | 526.15 | 0.00 | 526.15 | 5/31/2018 | 423.90 | 102.25 | | 0.00 | | |
| Feb-18 | 526.15 | 0.00 | 526.15 | 6/26/2018 | 423.90 | 102.25 | | 0.00 | | |
| Mar-18 | 526.15 | 0.00 | 526.15 | 9/4/2018 | 423.90 | 102.25 | | 0.00 | | |
| Apr-18 | 526.15 | 0.00 | 526.15 | 12/14/2018 | 722.51 | -196.36 | | 0.00 | | |
| May-18 | 526.15 | 0.00 | 526.15 | 3/15/2019 | 1186.77 | -660.62 | | 0.00 | | |
| Jun-18 | 526.15 | 0.00 | 526.15 | trustee suspense | 387.62 | 138.53 | | 0.00 | | |
| Jul-18 | 526.15 | 0.00 | 526.15 | | 0.00 | 526.15 | | 0.00 | | |
| Aug-18 | 526.15 | 0.00 | 526.15 | | 0.00 | 526.15 | | 0.00 | | |
| Sep-18 | 526.15 | 0.00 | 526.15 | | 0.00 | 526.15 | | 0.00 | | |
| Oct-18 | 526.15 | 0.00 | 526.15 | | 0.00 | 526.15 | | 0.00 | | |
| Nov-18 | 526.15 | 0.00 | 526.15 | | 0.00 | 526.15 | | 0.00 | | |
| Dec-18 | 526.15 | 0.00 | 526.15 | | 0.00 | 526.15 | | 0.00 | 12/7/2018 | 526.15 |
| Jan-19 | 526.15 | 0.00 | 526.15 | | 0.00 | 526.15 | | 0.00 | 1/7/2019 | 526.15 |
| Feb-19 | 526.15 | 0.00 | 526.15 | | 0.00 | 526.15 | | 0.00 | 2/1/2019 | 526.15 |
| Mar-19 | 526.15 | 0.00 | 526.15 | | 0.00 | 526.15 | | 0.00 | 3/1/2019 | 526.15 |
| | $ 34,199.75 | $ - | $ 34,199.75 | **Amount Paid** | $ 32,482.77 | 1,716.98 | | $ 1,052.30 | 12/7/2018 | $ 2,104.60 |

Post Petition Due Date   12/7/2018
Amount Due   $ 1,716.98
Debtor Suspense   $ 387.62