IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re
Dean L. Janas                    :        Case No 13-24599CMB
Susan G. Janas                   :        Chapter 13
      Debtor(s)           :

CERTIFICATE OF SERVICE

I, Dianne DeFoor of the Office of the Chapter 13 Trustee, Suite 3250, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

Certify:
That I am, and at all times hereinafter mentioned, more than 18 years of age;

That on the 12th day of April 2019, I served a copy of the Order and Notice Setting Date Certain for Response and Hearing on Motion at doc. 147

The Parties in interest served in this proceeding, by:
First Class Postage Prepaid Mail

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA. 15222

Lauren B. Karl
RAS Citron, LLC
PO Box 305
Ingomar PA 15127

Dean and Susan Janas
2026 Cutter Drive
McKees Rocks PA 15136

Kenneth Steidl, Esquire
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh PA 15219

All parties on attached mailing matrix

I certify under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on 4/12/19<br>(date) | /s/ Dianne DeFoor<br> Dianne DeFoor<br>Suite 3250- US Steel Tower<br>600 Grant Street<br>Pittsburgh PA 15219<br>412-471-5566<br>cmecf@chapter13trusteewdpa.com |