IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Dean L. Janas | : | Case No.13-24599CMB |
| Susan G. Janas | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Doc.145 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Ditech Financial LLC f/k/a Green Tree | : | |
| Financing | : | |
| | : | Hearing Date 3/27/2019 |
| Respondent(s) | | |

## WITHDRAWAL OF TRUSTEE'S REPLY TO RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE MORTGAGE PAYMENT

The Trustee's Reply that was filed in the above-referenced case on April 05, 2019 (document #146) is hereby WITHDRAWN.

Respectfully submitted

4/23/19               /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: 
Dean L. Janas : Case No.13-24599CMB
Susan G. Janas : Chapter 13
    Debtor(s) :
Ronda J. Winnecour, Trustee :
 : Re Doc.145
    Movant(s) :
 :
    vs. :
Ditech Financial LLC f/k/a Green Tree :
Financing :
 : Hearing Date 3/27/2019
    Respondent(s)

## CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Lauren B. Karl
RAS Citron, LLC
PO Box 305
Ingomar PA 15127

Dean and Susan Janas
2026 Cutter Drive
McKees Rocks PA 15136

Kenneth Steidl, Esquire
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh PA 15219

| | |
|---|---|
| 4/23/19 | /s/ Dianne DeFoor___ |
| date | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |