**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
DEAN L. JANAS
SUSAN G. JANAS
      Debtor(s)

Ronda J. Winnecour
      Movant
   vs.
No Repondents.

Case No.:13-24599

Chapter 13

Related to: Document No. 139

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this \_\_\_\_13th\_\_\_\_ day of \_\_\_\_May\_\_\_\_, 20 19 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
5/13/19 8:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 13-24599-CMB
Dean L. Janas                                                       Chapter 13
Susan G. Janas
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: lkat               Page 1 of 2         Date Rcvd: May 13, 2019
                             Form ID: pdf900          Total Noticed: 38
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
```
db/jdb         +Dean L. Janas,    Susan G. Janas,    2026 Cutter Drive,    Mc Kees Rocks, PA 15136-1528
cr             +Dollar Bank, FSB,    The Mortgage Service Center,    PO Box 8469,    Canton, OH 44711-8469
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13742003       +Chase Bank,    c/o ARS National Services,    PO Box 463023,    Escondido, CA 92046-3023
13742007       +Discover Bank,    c/o Leading Edge Recovery Solutions,    PO Box 2330,
                 Schiller Park, IL 60176-0330
13742008       +Disney Vacation,    Attn: Member Accounting,    PO Box 470727,    Kissimmee, FL 34747-0727
13783712       +Disney Vacation Club Management Corp.,    1390 Celebration Blvd.,    Celebration, FL 34747-5166
13783711       +Disney Vacation Development, Inc.,    1390 Celebration Blvd.,    Celebration, FL 34747-5166
13742009       +Dollar Bank,    PO Box 106077,    Pittsburgh, PA 15230-6077
13784755        Dollar Bank, FSB,    c/o David W. Raphael, Esquire,    Grenen & Birsic, PC,
                 One Gateway Center, 9th Floor,    Pittsburgh, PA 15222
13784754       +Dollar Bank, FSB,    300 West Tuscarawas Street,    Canton, OH 44702-1911
13742015       +Montour School District,    c/o Jordan Tax Service,    102 Rahway Drive,
                 Canonsburg, PA 15317-3349
13742016       +Northshore Endoscopy Center,    1307 Fedral Street,    Suite 101,    Pittsburgh, PA 15212-4769
13742018        PA Department of Revenue,    Bureau of Compliance,    P. O. Box 280948,
                 Harrisburg, PA 17128-0948
13742020       +Surgery Center of Edgeworth Commons,    725 Cherrington Parkway,    Suite 200,
                 Moon Township, PA 15108-4318
13776789       +Township of Kennedy,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13742021       +Township of Kennedy,    c/o Jordan Tax Service,    102 Rahway Road,    Canonsburg, PA 15317-3349
13776788       +Township of Kennedy/Montour SD,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13754493       +Wells Fargo Financial Pennsylvania, Inc.,    435 Ford Road - Suite 300,
                 St. Louis Park, MN 55426-4938
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13774583       +E-mail/Text: bncmail@w-legal.com May 14 2019 02:41:12      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13742001       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2019 02:43:22      Capital One,
                 PO Box 71083,    Charlotte, NC 28272-1083
13780998        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2019 02:42:12
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13742004       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 14 2019 02:40:44      Comenity Bank,
                 PO Box 182124,    Columbus, OH 43218-2124
13742005       +E-mail/Text: vmcpherson@creditmanagementcompany.com May 14 2019 02:41:20
                 Credit Management Company,    PO Box 16346,    Pittsburgh, PA 15242-0346
13748243        E-mail/Text: mrdiscen@discover.com May 14 2019 02:40:33      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13742010       +E-mail/Text: bankruptcygpl@greatplainslending.com May 14 2019 02:41:22      Great Plains Lending,
                 1050 E. 2nd Street,    Box 500,    Edmond, OK 73034-5313
13742012       +E-mail/Text: bankruptcy.bnc@ditech.com May 14 2019 02:40:39      Green Tree,    PO Box 6172,
                 Rapid City, SD 57709-6172
13759454       +E-mail/Text: bankruptcy.bnc@ditech.com May 14 2019 02:40:39      Green Tree Servicing, LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone number 60055-0049
13742013        E-mail/Text: cio.bncmail@irs.gov May 14 2019 02:40:39      Internal Revenue Service,
                 P O Box 7346,    Philadelphia, PA 19101-7346
13806722        E-mail/Text: bkr@cardworks.com May 14 2019 02:40:25      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13742014       +E-mail/Text: bkr@cardworks.com May 14 2019 02:40:25      Merrick Bank,    PO Box 30537,
                 Tampa, FL 33630-3537
13742017       +E-mail/PDF: cbp@onemainfinancial.com May 14 2019 02:42:07      One Main Financial,
                 PO Box 183172,    Columbus, OH 43218-3172
13773335        E-mail/PDF: cbp@onemainfinancial.com May 14 2019 02:42:07
                 OneMain Financial, Inc. asf CitiFinancial, Inc.,    P.O. Box 6042,    Sioux Falls, SD 57117-6042
13742019       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 14 2019 02:40:53      PA Department of Revenue,
                 Bureau of Compliance,    Wage Garnishment Section,    PO Box 280946,    Harrisburg, PA 17128-0946
13807620        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2019 03:05:19
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13744306        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 14 2019 02:40:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA 17128-0946
13760082        E-mail/Text: bnc-quantum@quantum3group.com May 14 2019 02:40:48
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 18
```

```
District/off: 0315-2            User: lkat                  Page 2 of 2                  Date Rcvd: May 13, 2019
                                Form ID: pdf900             Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC
cr              Montour School District
cr              Township of Kennedy
cr              Wells Fargo Bank, National Association, not in its
13742002*      +Capital One,   PO Box 71083,   Charlotte, NC 28272-1083
13742006*      +Credit Management Company,   PO Box 16346,   Pittsburgh, PA 15242-0346
13742011*      +Great Plains Lending,   1050 E. 2nd Street,   Box 500,   Edmond, OK 73034-5313
                                                                               TOTALS: 4, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
          David W. Raphael    on behalf of Creditor    Dollar Bank, FSB draphael@grenenbirsic.com,
           mcupec@grenenbirsic.com
          James Warmbrodt    on behalf of Creditor    Wells Fargo Bank, National Association, not in its
           individual or banking capacity, but solely as Trustee on behalf of the Irwin Home Equity Loan
           Trust 2006-3 bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Township of Kennedy jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Montour School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Kenneth Steidl    on behalf of Joint Debtor Susan G. Janas julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Kenneth Steidl    on behalf of Debtor Dean L. Janas julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Lauren Berschler Karl    on behalf of Creditor    DITECH FINANCIAL LLC lkarl@rascrane.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 11
```